### COATES *v.* COATES *et al.*

PER CURIAM. There was no error in granting a nonsuit.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 19, 1916.

Equitable petition. Before Judge Patterson. Milton superior court. August 18, 1914.

*George F. Gober* and *G. B. Walker,* for plaintiff.

*J. P. Brooke,* for defendants.